FREDERICK H. HURDMAN et al., as Administrators of MARY MORAN, Deceased, Respondents, *v.* ROYAL DEVELOPMENT COMPANY, INC., Appellant.

(Argued February 19, 1931; decided March 24, 1931.)

*Humphrey J. Lynch, John Preston Phillips* and *Frank E. Clarke* for appellant.

*William A. Davidson, John W. Davidson* and *Henry C. Henderson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN. JJ. Not sitting: POUND and HUBBS, JJ.